United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Erik Garcia, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-23-2796 |
| Burger King Company LLC, et al, | § § § | |
| Defendants. | § § § § | |

## ORDER

Pursuant to the Notice of Voluntary Dismissal of Defendant Burger King Company, LLC, d/b/a/ BKCO LLC., Without Prejudice filed on August 21, 2023 the above referenced case is hereby dismissed without prejudice as to Defendant Burger King Company, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 22-day of August, 2023.

DAVID HITTNER
United States District Judge