IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-02796 |
| BURGER KING COMPANY LLC, d/b/a ) | |
| BKCO LLC and HOUSTON FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, HOUSTON FOODS, INC, and this entire action, with Prejudice.

Respectfully submitted this 28th day of September, 2023.

                                                 Law Offices of
                                                 THE SCHAPIRO LAW GROUP, P.L.

                                                 /s/  Douglas S. Schapiro
                                                 Douglas S. Schapiro, Esq.
                                                 State Bar No. 54538FL
                                                 The Schapiro Law Group, P.L.
                                                 7301-A W. Palmetto Park Rd., #100A
                                                 Boca Raton, FL 33433
                                                 Tel: (561) 807-7388
                                                 Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on September 28, 2023 upon all counsel or parties.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL